7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* James A. Wade
*Debtor*

**Norman Rouse**
    Plaintiff(s)

v.

**Imogene Derfelt**
    Defendant(s)

*Bankruptcy Case No.*
13–30790–can7

*Adversary Case No.*
15–03017–can

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that this Court
avoids the transfer of title of the 2003 Harley Davidson Motorcycle, VIN 1HD1PGE143Y953776, to Imogene Derfelt. The Missouri Department of Revenue is authorized to find that the title in the name of Imogene Derfelt is void and to issue a new title in the name of the Debtor, James A. Wade. Further, the Defendant is ordered to execute such documents as is necessary to transfer ownership of the property to the Debtor, James A. Wade.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 11/16/15

Court to serve